[No. 16947-9-II.    Division Two.    March 21, 1995.]

R. KELTIE BURT, *Appellant*, v. OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, P.S., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-02449-8, Donald H. Thompson, J., entered January 29, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.

[No. 16654-2-II.    Division Two.    March 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY VICTOR JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00166-7, Roger A. Bennett, J., entered November 6, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.

[No. 16582-1-II.    Division Two.    March 21, 1995.]

LAKE ARROWHEAD COMMUNITY CLUB, *Appellant*, v. WILLIAM A. LOONEY, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 85-2-00360-1, James B. Sawyer II, J., entered December 12, 1992. *Reversed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.